IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Amadei, Gina M

Printed: 12/10/08

Case Number: 08 B 04585
Judge: Wedoff, Eugene R
Filed: 2/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 187.00 |
| Trustee Fee: |  | 13.00 |
| Other Funds: |  | 0.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,804.00 | 187.00 |
| 2. | Linday A Parkhurst | Priority | 5,663.27 | 0.00 |
| 3. | National City Bank | Unsecured | 90.80 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 37.59 | 0.00 |
| 5. | Village Of Orland Park | Unsecured | 8.71 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 121.78 | 0.00 |
| 8. | Sallie Mae | Unsecured | 25.30 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 1,310.95 | 0.00 |
| 10. | Chadwicks Of Boston | Unsecured | 35.50 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 109.13 | 0.00 |
| 12. | Nicor Gas | Unsecured | 139.87 | 0.00 |
| 13. | Capital One Auto Finance | Unsecured | 211.08 | 0.00 |
| 14. | ACC International | Unsecured |  | No Claim Filed |
| 15. | Kindercare | Unsecured |  | No Claim Filed |
| 16. | Active Credit Service | Unsecured |  | No Claim Filed |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| 18. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 19. | Allied Interstate | Unsecured |  | No Claim Filed |
| 20. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 21. | CCA | Unsecured |  | No Claim Filed |
| 22. | Aaron Rents | Unsecured |  | No Claim Filed |
| 23. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 24. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 25. | AT&T | Unsecured |  | No Claim Filed |
| 26. | Check Into Cash | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Amadei, Gina M

Printed: 12/10/08

Case Number:  08 B 04585
Judge:  Wedoff, Eugene R
Filed:  2/28/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 28. | CRB Service | Unsecured | | No Claim Filed |
| 29. | Credit Collection | Unsecured | | No Claim Filed |
| 30. | EPMG Of Illinois | Unsecured | | No Claim Filed |
| 31. | Department of Veteran Affairs | Unsecured | | No Claim Filed |
| 32. | Global Recovery Services | Unsecured | | No Claim Filed |
| 33. | Comcast | Unsecured | | No Claim Filed |
| 34. | HSBC | Unsecured | | No Claim Filed |
| 35. | Plaza Associates | Unsecured | | No Claim Filed |
| 36. | Metra Ticket Collection | Unsecured | | No Claim Filed |
| 37. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 38. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 39. | The Women's Clinic | Unsecured | | No Claim Filed |
| 40. | New Orland Pk Currency Exchange | Unsecured | | No Claim Filed |
| 41. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 42. | Oaklawn Radiologist | Unsecured | | No Claim Filed |
| 43. | I C Systems Inc | Unsecured | | No Claim Filed |
| 44. | Penn Credit Corp | Unsecured | | No Claim Filed |
| 45. | Palos Emergency Medical Servic | Unsecured | | No Claim Filed |
| 46. | Professional Account Management | Unsecured | | No Claim Filed |
| 47. | Peapod | Unsecured | | No Claim Filed |
| 48. | The Payday Loan Store | Unsecured | | No Claim Filed |
| 49. | Rol Youth Foundation | Unsecured | | No Claim Filed |
| 50. | RMI/MCSI | Unsecured | | No Claim Filed |
| 51. | MRSI | Unsecured | | No Claim Filed |
| 52. | Target | Unsecured | | No Claim Filed |
| 53. | Pioneer Credit | Unsecured | | No Claim Filed |
| 54. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 55. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 56. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | $ 10,582.98 | $ 187.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.00 |
| | $ 13.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

